IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

_____

BRUCE RAIFFE

                Plaintiff,

                                                  Civil Action No. 6:08-CV-295

vs.

ALPIN HAUS SKI SHOP, INC.

                Defendant.

_____

APPEARANCES:                      OF COUNSEL:

FOR PLAINTIFF:
DAY, PITNEY LAW FIRM          ANTHONY J. MARCHETTA, ESQ.
200 Campus Drive
Florham Park, NJ 07932

FOR DEFENDANT:
HISCOCK, BARCLAY LAW FIRM     LINDA J. CLARK, ESQ.
50 Beaver Street                        DAVID M. COST, ESQ.
Fifth Floor
Albany, NY 12207-2830

U.S. DISTRICT JUDGE DAVID N. HURD

JUDGMENT DISMISSING ACTION
BASED UPON SETTLEMENT

      I have been informed by Magistrate Judge George H. Lowe that the parties have entered into an agreement in settlement of all claims in this action, and that they reasonably anticipate finalizing their agreement shortly, following which this action will be discontinued, with prejudice, by stipulation pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure. Based upon this development, I find that it is not necessary for this action to remain on the court's active docket.

It is therefore hereby

ORDERED, as follows:

1) This action is dismissed, with prejudice, except as set forth below.

2) The court will retain complete jurisdiction to vacate this order and to reopen the action within three months from the date of this order upon cause shown that the settlement has not been completed and further litigation is necessary.

3) The Clerk shall forthwith serve copies of this judgment upon the parties and/or their attorneys appearing in this action.

_____
United States District Judge

Dated: July 2, 2008
at Utica, New York